JOSEPH OUSSANI, Appellant, *v.* LOUIS OLFF, Respondent.

APPEAL by the plaintiff from an order made by Mr. Justice O'Dwyer vacating an order of arrest. The action was brought by the service of a summons, the defendant appeared, the complaint was served May 31, 1898, and on June 17, 1898, the defendant served his verified answer. The action was brought to recover damages for injury to property, and on June 23, 1898, after the defendant had answered, an order of arrest was obtained under subdivision 2, section 449, Code.

Wahle & Stone (C. G. F. Wahle, of counsel), for appellant.

A. Pincus (A. S. Levy, of counsel), for respondent.

*Per Curiam.* Order affirmed, with $10 cost and disbursements.

Present: McCARTHY and OLCOTT, JJ.

Order affirmed, with $10 costs.